UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-1568

MELANIE AUSTIN

v.

NORFOLK SOUTHERN CORPORATION;
CONSOLIDATED RAIL CORPORATION,

Appellants

Appeal from the United States District Court
for the Western District of Pennsylvania
(Civ. No. 00-cv-01713)
District Judge: Hon. Robert J. Cindrich

Argued: March 8, 2005

Before: MCKEE, RENDELL and NYGAARD, <u>Circuit Judges</u>

———————————

JUDGMENT

———————————

This cause came to be heard on the record from the United States District Court for
the Western District of Pennsylvania and was argued by counsel on March 8, 2005.

On consideration whereof, it is ORDERED AND ADJUDGED by this Court that
the order of the said District Court entered February 2, 2004, is hereby reversed and the
matter is remanded to the District Court for proceedings for entry of judgment as a matter
of law in favor of Norfolk Southern, and Conrail.  All of the above in accordance with the
opinion of this Court.

Each party to bear its own costs.

ATTEST:

*Marcia M. Waldron*

Clerk

Dated:  December 13, 2005