IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE AUSTIN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NORFOLK SOUTHERN CORPORATION )<br>and CONSOLIDATED RAIL )<br>CORPORATION, )<br>)<br>Defendants. ) | 2:00-cv-1713 |

## ORDER OF COURT

AND NOW, this 20th day of January, 2006, upon receipt and review of the Opinion, Judgment and Mandate of the United States Court of Appeals for the Third Circuit and in accordance therewith, judgment as a matter of law is hereby entered in favor of Defendants NORFOLK SOUTHERN CORPORATION and CONSOLIDATED RAIL CORPORATION and against Plaintiff on Plaintiff's claims for Sexual Harassment under Title VII and Negligent Supervision and in favor of Defendant NORFOLK SOUTHERN CORPORATION and against Plaintiff on Plaintiff's claim for Retaliation with each party to bear its own costs.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Zan Ivan Hodzic, Esquire
Email: hodzicporach@verizon.net

Thomas H. May, Esquire
mail: tmay@dmclaw.com